Submitted on record, petitioner's brief and joint motion to remand February 6, reversed and remanded for reconsideration April 1, 1998

In the Matter of the Compensation of
Dennis L. Keller, Claimant.
SAIF CORPORATION
and Warn Industries, Inc.,
*Petitioners,*

*v.*

Dennis L. KELLER,
Providence Medical Center,
and Aetna Casualty Company,
*Respondents.*

(93-11978, 93-07002; CA A97955)

956 P2d 1068

Michael O. Whitty filed the brief for petitioner.

Michael O. Whitty, Vera Langer and Robert Wollheim filed the joint motion to remand.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded for reconsideration. ORS 656.262(10); *Bay Area Hospital v. Landers*, 150 Or App 154, 945 P2d 110 (1997).